**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| 3SR | 1.00 | 24.87 | 24.87 | 27.22 |
| OT | 10.36 | 3.95 | 40.92 | 40.92 |
| REG | 18.00 | 82.93 | 1,492.74 | 1,492.74 |
| SBON | | | 100.00 | 100.00 |
| TRN | | | | 704.96 |
| **Gross Pay** | | | **1,658.53** | **2,365.84** |
| Hours Worked | | 82.93 | | |
| Hours Paid | | 111.75 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,658.53 | 2,365.84 | | |
| FICA | 1,658.53 | 2,365.84 | 102.83 | 146.68 |
| MEDI | 1,658.53 | 2,365.84 | 24.04 | 34.30 |
| SIT:IA | 1,658.53 | 2,365.84 | 55.27 | 55.27 |
| **Total** | | | **182.14** | **236.25** |

| | | | Current | YTD |
|---|---|---|---|---|
| **Net Pay** | | | **1,476.39** | **2,129.59** |
| Check | | | 0.00 | 336.60 |
| Kylie J Bench (0588) | | | 1,476.39 | 1,792.99 |

**Accruals**

| | | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|
| ELB | Hrs: | 0.000 | 0.000 | 0.000 | |
| Paid Time Off | Hrs: | 0.000 | 3.921 | 0.000 | 0.0309 Hrs/Pay Per |

Bickford Senior Living, L.L.C. 13795 South Mur-Len Road, Olathe, KS 66062 1 of 1
Business Phone #: 913.782.3200

**Bickford Senior Living, L.L.C.**
13795 South Mur-Len Road
Olathe, KS 66062

| Pay Date: | 02/17/2023 |
|---|---|
| Voucher #: | (150752) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kylie Parrish Bench | 1 | Checking | XXXXXXXX0588 | 073000545 | 1,476.39 |

BUA 126920 02/17/2023 (150752)

**Kylie Parrish Bench**
2201 Spray St
Burlington, IA 52601

## Non-Negotiable - This Is Not A Check

**Bickford Senior Living, L.L.C.**
13795 South Mur-Len Road
Olathe, KS 66062

BUA 126920 02/17/2023 (150752)
**Kylie Parrish Bench**
2201 Spray St
Burlington, IA 52601

**Personal & Confidential**