United States Bankruptcy Court

Southern District of Iowa

In re:

Kylie Jo Bench

Debtor

Case No. 23-00224-als

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0863-4 | User: KyleMayna | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 5309A | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kylie Jo Bench, 2201 Spray St, Burlington, IA 52601-3051 |
| 802582200 | + | AARONS Arona, 2103 5th Ave S, Fort Dodge, IA 50501-4309 |
| 802582199 | | AArons, 405 Westside Dr, Enid, OK 73701 |
| 802582202 | + | AIM CU, 1200 Associates Drive, Dubuque, IA 52002-2283 |
| 802582210 | + | Danville Bank, 109 North Main Street, Danville, IA 52623-9621 |
| 802582214 | + | Grain Tech, 505 14th St Ste 900, Oakland, CA 94612-1468 |
| 802582216 | + | HARLEY DAVIDSON CREDIT CORP, Dept 15129, Palatine, IL 60055-0001 |
| 802582217 | + | Iowa Workforce Development, PO 10332, Des Moines, IA 50306-0332 |
| 802582221 | | Rent a Center, 5001 SE 14th St. St C & D, Des Moines, IA 50320 |
| 802582223 | + | Shellpoint Mortgage, PO Box 19006, Greenville, SC 29602-9006 |
| 802582226 | + | Two Rivers Bank, 3025 Ingersol, Des Moines, IA 50312-4016 |
| 802582206 | + | capital bank, 132 State St., Albany, NY 12207-1606 |
| 802582207 | + | costco, 999 Lake Drive, Issaquah, WA 98027-5367 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jeff.mathias@gmail.com | Mar 03 2023 22:03:00 | Jeffrey P Mathias, 4800 Mills Civic Pkwy, Ste 218, West Des Moines, IA 50265 |
| tr | + | EDI: BCLSMITH.COM | Mar 04 2023 02:58:00 | Charles Smith, 25 Main Place Suite 200, Council Bluffs, IA 51503-0790 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | Mar 03 2023 22:03:00 | United States Trustee, Federal Bldg, Room 793, 210 Walnut Street, Des Moines, IA 50309-2115 |
| 802582203 | | EDI: APPLIEDBANK.COM | Mar 04 2023 02:58:00 | Applied Bank, 601 Delaware Ave., Wilmington, DE 19801 |
| 802582201 | + | Email/Text: bankruptcy@acimacredit.com | Mar 03 2023 22:03:00 | Acima, 9815 S. Monroe St. 4th floor, Sandy, UT 84070-4384 |
| 802582205 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 03 2023 22:03:00 | Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 802582208 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2023 22:13:02 | Credit One Bank, PO 60500, City Of Industry, CA 91716-0500 |
| 802582195 | ^ | MEBN | Mar 03 2023 21:57:10 | Equifax, P.O. 740256, Atlanta, GA 30374-0256 |
| 802582211 | + | Email/Text: pjo@fmbanktrust.com | Mar 03 2023 22:03:00 | F&M Bank & Trust, 221 Jefferson St, Burlington, IA 52601-5213 |
| 802582212 | ^ | MEBN | Mar 03 2023 21:57:09 | First Digital, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 802582213 | + | Email/Text: crdept@na.firstsource.com | Mar 03 2023 22:03:00 | First Source Advantage, 205 Bryant Woods So., Buffalo, NY 14228-3609 |

| District/off: 0863-4 | User: KyleMayna | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 5309A | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 802582215 | | Email/Text: bkdesk@greenstate.org | Mar 03 2023 22:03:00 | Greenstate CU, 500 Iowa Ave, Iowa City, IA 52240 |
| 802582198 | | Email/Text: IDR.Bankruptcy@ag.iowa.gov | Mar 03 2023 22:03:00 | Iowa Dept of Revenue, Attn: Bankruptcy Unit/Ch 7, Box 10471, Des Moines, IA 50306 |
| 802582197 | | EDI: IRS.COM | Mar 04 2023 02:58:00 | IRS, PO 7346, Philadelphia, PA 19101-7346 |
| 802582218 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2023 22:03:00 | MCM, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 802582219 | + | EDI: PHINGENESIS | Mar 04 2023 02:58:00 | Milestone, PO Box 4477, Beaverton, OR 97076-4401 |
| 802582222 | ^ | MEBN | Mar 03 2023 21:57:12 | REVVI, po 85800, Sioux Falls, SD 57118-5800 |
| 802582225 | | Email/Text: bankruptcy@snapfinance.com | Mar 03 2023 22:03:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 802582224 | + | Email/PDF: clerical@simmassociates.com | Mar 03 2023 22:13:41 | Simm Assoc, 800 Pencader Dr, Newark, DE 19702-3354 |
| 802582196 | ^ | MEBN | Mar 03 2023 21:57:06 | Trans Union Corporation, Attn: Dispute Dept., 2 Baldwin Place, P.O. 1000, Chester, PA 19016-1000 |
| 802582227 | + | EDI: VERIZONCOMB.COM | Mar 04 2023 02:58:00 | Verizon Wireless, 1515 Woodfield Rd Ste 140, Schaumburg, IL 60173-6046 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Smith, | trustee@telpnerlaw.com ia21@ecfcbis.com |
| Jeffrey P Mathias | on behalf of Debtor Kylie Jo Bench jeff.mathias@gmail.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Kylie Jo Bench**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0505<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:   Southern District of Iowa | | Date case filed for chapter:       7     3/3/23 | |
| Case number:   23–00224–als7 | | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kylie Jo Bench | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2201 Spray St<br>Burlington, IA 52601 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey P Mathias<br>4800 Mills Civic Pkwy<br>Ste 218<br>West Des Moines, IA 50265 | Contact phone (515) 261–7526<br>Email:  jeff.mathias@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles Smith<br>25 Main Place Suite 200<br>Council Bluffs, IA 51503 | Contact phone (712) 325–9000<br>Email:  trustee@telpnerlaw.com |

**For more information, see page 2 >**

Debtor  **Kylie Jo Bench**                                                                    Case number **23–00224–als7**

| | | |
|---|---|---|
| **6.  Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 110 E. Court Ave.<br>Suite 300<br>Des Moines, IA 50309 | Office Hours:  08:00 AM – 05:00 PM Monday – Friday<br><br>Contact phone (515) 284–6230<br><br>Date: 3/3/23 |
| **7.  Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 6, 2023 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Conference call dial in 877–411–0434, Participant Code 5068871** |
| **8.  Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.  Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/5/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** If applicable, 30 days after the *conclusion* of the meeting of creditors |
| **10.  Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.  Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.  Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.  Cellular phones** | Only attorneys and their employees may carry cell phones and other portable communication devices into hearing locations. | |